

# COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO, TEXAS

| | | |
|---|---|---|
| EX PARTE: | § | No. 08-23-00150-CR |
| JOSEPH RODRIGUEZ | § | Appeal from the |
| | § | County Court at Law Number Seven |
| | § | of El Paso County, Texas |
| | § | (TC# 20190C0586) |

## <u>**MEMORANDUM OPINION**</u>

This appeal is before the Court on Appellant's voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). Appellant represents in the motion that he no longer wishes to pursue this appeal. Along with his counsel's signature, the motion also bears Appellant's signature on its face. We have not yet issued an opinion in this case. Accordingly, we grant the motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).


GINA M. PALAFOX, Justice

September 1, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)